UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-129-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JAMES EDWARD DOWD, | ) | |
| Defendant. | ) | |

This matter is before the court on remand by mandate of the Fourth Circuit Court of

Appeals. *See United States v. Dowd*, No. 11-4719 (4th Cir. December 7, 2011) [DE-28]. On

November 15, 2011, the appellate court allowed Dowd's unopposed motion to remand "for

further consideration in light of the Supreme Court's recent decision in *Tapia v. United States*,

131 S. Ct. 2382 (2011)." Order on Appeal [DE-26]; *see also* Judgment [DE-27].

The Federal Public Defender is DIRECTED to appoint counsel to represent Dowd on

remand. Defense counsel shall file a memorandum detailing and supporting Dowd's position

on remand on or before **January 18, 2012**; the Government shall file its response thereto on

or before **February 9, 2012**. The Clerk of Court is DIRECTED to schedule this matter for

hearing, if necessary, during the court's **February 27, 2012**, term of court in Wilmington,

North Carolina. Should an evidentiary and/or resentencing hearing be deemed appropriate, the

Government will ensure Dowd's transportation and housing.

SO ORDERED.

This, the ___ day of December, 2011.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge